# United States Court of Appeals
## For the First Circuit

No. 07-1962

UNITED STATES OF AMERICA,

Appellee,

v.

ANGEL A. MELENDEZ-RIVAS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 15, 2009 is amended as follows:

On the coverpage, replace: "Nelson Pérez-Sosa, Assistant United States Attorney, with whom Rosa Emilia Rodriguez-Velez, United States Attorney, was on brief for appellee." with "Julia Diaz Rex, Assistant United States Attorney, with whom Nelson Pérez-Sosa, Assistant United States Attorney (Chief, Appellate Division), and Rosa Emilia Rodriguez-Velez, United States Attorney, were on brief for appellee."